# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:17-cv-80367

| | |
|---|---|
| **RICHARD FROST**, individually and on behalf of all others similarly situated, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS** |
| *Plaintiff,* | |
| *v.* | |
| **NATIONAL AUTO PROTECTION CORP**, a Florida corporation, | |
| *Defendants.* | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS

NOW COME the Plaintiff Richard Frost and Defendant National Auto Protection Corp, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of Plaintiff Richard Frost's claims against Defendant National Auto Protection Corp. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

*Stipulation for Dismissal*
*Richard Frost v. National Auto Protection Corp*, Case No. 9:17-cv-80367

Respectfully submitted,

Dated: September 5, 2017                    By: /s/Stefan Coleman
                                            Stefan Coleman, counsel for Plaintiff

                                            Stefan Coleman
                                            law@stefancoleman.com
                                            Law Offices of Stefan Coleman, LLC
                                            201 South Biscayne Blvd, 28th Floor
                                            Miami, Florida 33131
                                            Telephone: 877.333.9427
                                            Facsimile: 888.498.8946

Dated: September 5, 2017                    By: /s/Jessica Alhalel
                                            Jessica Alhalel, counsel for Defendant
                                            National Auto Protection

                                            Beth-Ann Ellenberg Krimsky
                                            beth-ann.krimsky@gmlaw.com
                                            Jessica Alhalel
                                            Jessica.alhalel@
                                            Greenspoon Marder
                                            200 East Broward Blvd.
                                            Ste. 1800
                                            Fort Lauderdale, Florida 33301
                                            Telephone: 954-527-6296
                                            Facsimile: 954-333-4296

*Stipulation for Dismissal*
*Richard Frost v. National Auto Protection Corp*, Case No. 9:17-cv-80367

### <u>CERTIFICATE OF SERVICE</u>

 I, Stefan Coleman, an attorney, hereby certify that on September 5, 2017 I caused the above and foregoing papers to be served by sending such papers to all counsel of record via CM/ECF.

<u>s/Stefan Coleman</u>
