IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80367-CV-MIDDLEBROOKS

RICHARD FROST, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

NATIONAL AUTO PROTECTION CORP.,
a Florida corporation,

        Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on a Stipulation of Dismissal with Prejudice ("Stipulation"), filed on September 5, 2017. (DE 18). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action.

**ORDERED** and **ADJUDGED** that the Clerk of Court shall **CLOSE this CASE**. All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 6 day of September, 2017.

                                        DONALD M. MIDDLEBROOKS
                                        UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record